| | |
|---|---|
| 1 | INKU NAM (Nevada Bar No. 12050) |
| 2 | E: INam@ohaganmeyer.com<br>**O'HAGAN MEYER PLLC** |
| 3 | 300 S. 4th Street, Suite 1250<br>Las Vegas, Nevada 89101 |
| 4 | Telephone: 725.286.2808 |
| 5 | *Attorneys for Defendant*<br>*EXPERIAN INFORMATION SOLUTIONS, INC.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PRESTON D. PERKINS JR., | Case No. 2:25-cv-02146-GMN-EJY |
| Plaintiff, | |
| v. | **CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT** |
| NAVY FEDERAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC, | |
| Defendants. | **[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1).

//

//

//

//

//

//

This extension request is made in good faith and not for purposes of delay. Counsel for Experian has received Plaintiff's consent for the requested extension, but Plaintiff has not yet confirmed whether he authorizes an extension of 30 days or for less. Due to time constraints, Experian files this consent motion. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 26th day of November, 2025

/s/Inku Nam
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2025

2