UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PRESTON D. PERKINS, JR.,

    Plaintiff,

    v.

NAVY FEDERAL CREDIT UNION, and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

    Defendants.

Case No. 2:25-cv-02146-GMN-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion seeking to deem admitted his Requests for Admissions served on Defendant Experian Information Solutions. ECF No. 33. Also pending is Plaintiff's similarly styled Motion seeking to deem admitted Requests for Admissions served on Navy Federal Credit Union. ECF No. 37. The Motions and Responses were reviewed. Timely replies were not filed.

Under Federal Rule of Civil Procedure 26(d)(1) "[a] party may not seek discovery from any source before the parties have conferred as required by Fed. R. Civ. P. 26(f), except in a proceeding exempt from initial disclosure under Rule 26(a)(1)(B), or when authorized by the rules, by stipulation, or by court order." Plaintiff served Experian with his Requests for Admissions on December 10, 2025. Plaintiff served Navy Federal with Requests for Admissions on December 15, 2025. The parties' Rule 26(f) conference was held on January 22, 2026. Plaintiff fails to coherently provide any basis for conducting discovery prior to the Rule 26(f) conference. Thus, his Requests for Admissions were premature. Moreover, the Court finds Experian demonstrates it timely served objections and responses to Plaintiff's Requests for Admission on January 9, 2026. Navy Federal demonstrates it also timely served responses on January 13, 2026. Thus, the Motions seeking to deem all Requests for Admissions admitted are denied. Given this denial, the Court finds no violations of law are established by virtue of Plaintiff's mistaken belief that Defendants failed to timely respond to his discovery requests.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Deem Experian's Admissions Admitted and Motion to Enforce Admissions, for Sanctions, Fiduciary Appointment and Assignment, and Equitable Relief (ECF No. 33, cleaned up) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Deem Navy Federal Credit Union's Admissions Admitted, for Evidentiary Preclusion, Sanctions, Fiduciary Appointment and Assignment, and Equitable Relief (ECF No. 37, cleaned up) is DENIED.

Dated this 4th day of February, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2